UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SAMIRA O'BRIEN,**

    **Plaintiff,**

v.                                             Case No. 8:18-cv-2658-T-30JSSS

**BELLA NAILS AND SPA SERVICES, INC.
d/b/a BELLA NAILS & SPA, and
LAP H. "ANDY" NGUYEN,**

    **Defendant.**

_____/

**DECLARATION OF MIGUEL BOUZAS, ESQ.**

I, Miguel Bouzas, pursuant to 29 U.S.C. § 1746, declare as follows:

1. My name is Miguel Bouzas. I am over the age of 18 and competent to make this declaration. The following averments are all based on personal knowledge.

2. I am an attorney licensed to practice law in the State of Florida. I am also admitted to practice before the United States District Court for the Middle District of Florida.

3. I have been practicing law before state and federal courts since 2007 and have always been in good standing. For my entire career, I have practiced exclusively in the area of Labor and Employment law.

4. My employment practice has encompassed representing both plaintiffs and defendants. I have represented employees, both individually and collectively, in claims alleging violations of Title VII, the ADEA, the FCRA, the ADA, the FMLA, the

EXHIBIT D

FLSA, and a variety of state and federal employment related laws and regulations. Similarly, I have represented, and litigated on behalf of, large corporations and small businesses and provide counseling on the same spectrum of labor and employment matters.

5. Additionally, I am a member of the Florida Chapter of the National Employment Lawyers Association. Previously, I was a chapter editor for the American Bar Association's Age Discrimination in Employment Act Law Cumulative Supplement, BNA Books and the Fair Labor Standards Act Cumulative Supplement, BNA Books.

6. Currently, I am a shareholder in the employment and personal injury firm of Florin Gray Bouzas Owens, LLC. Florin Gray is a small firm with only six lawyers. The firm primarily represents clients on a contingency fee basis; therefore, we are extremely selective in the cases that we decide to accept and litigate.

7. Since the inception of this case, I have been counsel of record for plaintiff, Samira O'Brien. The firm's representation was based on a contingency basis. As a result of accepting Plaintiff's case, the firm was precluded from accepting other cases.

8. In this case, I am seeking an hourly rate of $400.00. In 2016, I was awarded $325.00 per hour in the case of *Meeks v. Pasco County Sheriff*, Case No. 8:15-cv-1460-T- 24AEP. The *Meeks* case was a claim for unpaid overtime under the Fair Labor Standards Act.

9. As of the date of this Declaration, I have expended 13.8 hours in the

EXHIBIT D

representation and litigation of this matter. All of the time expended was necessary in the exercise of reasonable billing judgment for the successful prosecution of the matter.

10. The hourly rate ($400.00 per hour) multiplied by the hours worked (13.8) equals $5,520.00, which is the amount that Plaintiff is seeking in attorneys' fees for the work that I performed on her behalf up to this point.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019.

s/ Miguel Bouzas, Esq.
Attorney

EXHIBIT D