UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMIRA O'BRIEN,

    Plaintiff,

v.                                                         Case No:   8:18-cv-2658-JSM-JSS

BELLA NAILS AND SPA SERVICES,
INC. and LAP H. NGUYEN,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice (Dkt. 28). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice (Dkt. 28) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of October, 2019.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record